UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jennifer Mikenas, | Court File No.:  11-2530 (PAM/FLN) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Regional Adjustment Bureau, Inc., and Jane Doe, a/k/a "Michelle," | |
| Defendants. | |

---

## ORDER FOR DISMISSAL

Based upon the Stipulation for Dismissal with Prejudice entered into by Plaintiff Jennifer Mikenas and Defendant Regional Adjustment Bureau, Inc., and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**  That all claims asserted by Plaintiff in the above-entitled action against Defendants Regional Adjustment Bureau, Inc. and Jane Doe, a/k/a "Michelle", including all claims for attorneys' fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.  There being no just reason for delay, judgment of dismissal shall be entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 12, 2011           s/Paul A. Magnuson
                                    Honorable Paul A. Magnuson
                                    United States District Court Judge